UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:02-CR-00078(01)RM |
| | ) | |
| DAVID MARTIN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation entered on December 11, 2009 as to defendant's uncontested violation of the mandatory terms of his supervised release [Doc. No. 42]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant David Martin's admission that on or before December 4, 2008 he used cocaine, thus violating the conditions of his supervision, as proved by a preponderance of the evidence at the supervised release revocation hearing held on December 7, 2009 before the magistrate judge.

Considering that no objections were filed to the magistrate judge's findings and recommendation, that the violation with the defendant's criminal history category of III produces a sentencing guideline range of 8 to 14 months' imprisonment, that the parties made a joint recommendation for 12 months' imprisonment with no further term of supervised release, that the defendant admitted the violation, and that the sentence to be imposed is reasonable in light of the factors set forth in 18 U.S.C. § 3553(a), the Court FINDS as follows:

    (1) That the defendant's term of supervision be revoked and that he be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 months, with credit given for time considered served pursuant to Title 18 of the United States Code § 3585(b);

    (2) That the United States Bureau of Prisons designate defendant to a facility nearest to Gary, Indiana, if possible;

    (3) That upon release from imprisonment by the United State Bureau of Prisons, the defendant be discharged from any further term of supervision; and

(4) If the defendant has not done so, then he shall pay all financial obligations and the fine under the same terms previously imposed and ordered by this Court in its original Judgment entered on December 6, 2002.

SO ORDERED.

ENTERED:   December 23, 2009 

             /s/ Robert L. Miller, Jr.       
          Chief Judge
          United States District Court